**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AIRWAIR INTERNATIONAL LTD.,** | **Case No.: 13-CV-5289 YGR** |
| **Plaintiff,** | **ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; EXTENDING DEADLINE FOR SERVICE OF PROCESS UNDER RULE 4(M)** |
| **v.** | |
| **GOJANE LLC,** *et al.***,** | |
| **Defendants.** | |

Good cause appearing, the Court **GRANTS** Plaintiff's unopposed administrative motion. (Dkt. No. 8)  The Court **CONTINUES** the Initial Case Management Conference in the above-styled matter from February 10, 2014, to the Court's 2:00 p.m. Calendar on **Monday, May 12, 2014**, in Courtroom 1[1] of the United States Courthouse located at 1301 Clay Street in Oakland, California. The parties' requested date of May 5, 2014, is not available.

The Court, for good cause shown, **EXTENDS** Plaintiff's deadline to serve a defendant to **Friday, May 2, 2014**.  Fed. R. Civ. P. 4(m).  Requests for further extension shall be disfavored.

This Order terminates Docket No. 8.

**IT IS SO ORDERED**.

Date:February 5, 2014

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Note the change of courtroom.

United States District Court
Northern District of California