BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOJANE LLC, a Delaware limited liability company; AEROPOSTALE, INC., a Delaware corporation; and DOES 1-50,<br><br>　　　　Defendants. | Case No. 4:13-cv-05289-YGR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

1
[~~PROPOSED~~] ORDER

219987.1

Upon review and consideration of the Stipulation for Dismissal with Prejudice filed by Plaintiff AirWair International Ltd. ("Plaintiff") and Defendants Aeropostale, Inc., and GoJane LLC (collectively, "Defendants"), the Court **HEREBY ORDERS THAT:**

1) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims against Defendants are hereby dismissed in their entirety, with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

2) Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), all counterclaims against Plaintiff are hereby dismissed in their entirety, with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: October 8, 2014

Honorable Yvonne Gonzalez Rogers
Judge of the District Court
Northern District of California

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

2
[PROPOSED] ORDER

219987.1